UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRANDON DRAKE and ERIC SAAVEDRA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>VALVE CORPORATION,<br><br>Defendant. | Case No. 2:24-cv-01743<br><br>**NOTICE OF RELATED CASES** |

NOTICE OF RELATED CASES

Cotchett, Pitre & McCarthy, LLP
999 N. Northlake Way Ste 215
Seattle, WA 98103

Pursuant to Local Civil Rule 3(g)(1), Plaintiffs Brandon Drake and Eric Saavedra hereby submit this notice of pending, related cases in the Western District of Washington. The related cases are:

1. *Wolfire Games, LLC v. Valve Corp.*, No. 21-0563-JNW (W.D. Wash. Apr. 27, 2021)
2. *Elliott v. Valve Corp.*, No. 2:24-cv-01218-JNW (W.D. Wash. Aug. 9, 2024)
3. *Valve Corp. v. Abbruzzese et al.*, No. 2:24-cv-01717-LK (W.D. Wash. Oct. 18, 2024) (notice of related case seeking transfer to Whitehead, J. filed Oct. 18, 2024, Dkt. No. 5)
4. *Hepler v. Valve Corp.*, No. 2:24-cv-01735 (W.D. Wash. Oct. 23, 2024) (unassigned)

This case ("*Drake*") concerns allegations that Defendant Valve Corp. has violated Section I and II of the Sherman Act, which are also the claims brought in *Wolfire Games*, *Elliott*, and *Hepler*. Common defendant Valve Corp. in *Wolfire Games*, *Elliott*, and *Hepler* is the plaintiff in *Abbruzzese*, a case in which Valve Corp. seeks to enjoin arbitrations concerning the same alleged Sherman Act violations. Thus, *Drake*, *Wolfire Games*, *Elliott*, *Abbruzzese*, and *Hepler* all concern substantially the same parties, happenings, transactions, and events and it is likely that there will be duplication of labor and expense or the potential for conflicting results if these cases are conducted before different judges. This action should, therefore, be transferred to the Hon. Jamal N. Whitehead

NOTICE OF RELATED CASES — 1

Cotchett, Pitre & McCarthy, LLP
999 N. Northlake Way Ste 215
Seattle, WA 98103

| | |
|---|---|
| DATED: October 24, 2024 | Respectfully submitted, |

/s/*Karin B. Swope*

Karin B. Swope, WSBA No. 24015
Thomas E. Loeser, WSBA No. 38701
COTCHETT, PITRE & MCCARTHY, LLP
999 N. Northlake Way, Suite 215
Seattle, WA 98103
Phone: (206) 802-1272
Fax: (650) 697-0577
kswope@cpmlegal.com
tloeser@cpmlegal.com

Derek W. Loeser, WSBA No. 24274
David Ko, WSBA No. 38299
Ryan McDevitt, WSBA No. 43305
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3400
Seattle, WA 98101
Phone: (206) 623-1900
dloeser@kellerrohrback.com
dko@kellerrohrback.com
rmcdevitt@kellerrohrback.com

Michael C. Dell'Angelo*
Candice J. Enders*
Zachary D. Caplan*
Julia McGrath*
Najah A. Jacobs*
Jeremy Gradwohl*
Sarah Zimmerman*
BERGER MONTAGUE PC
1818 Market Street
Philadelphia, PA 19103
Phone: (215) 875-3000
mdellangelo@bm.net
cenders@bm.net
zcaplan@bm.net
jmcgrath@bm.net
jgradwohl@bm.net
szimmerman@bm.net

2

NOTICE OF RELATED CASES

Cotchett, Pitre & McCarthy, LLP
999 N. Northlake Way Ste 215
Seattle, WA 98103

*motion for admission *pro hac vice* forthcoming