1
2
3
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRANDON DRAKE and ERIC SAAVEDRA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>VALVE CORPORATION,<br><br>Defendant. | Case No. 2:24-cv-01743-MLP<br><br>**NOTICE OF APPEARANCE OF COUNSEL – THOMAS E. LOESER** |

| | |
|---|---|
| NOTICE OF APPEARANCE OF COUNSEL-THOMAS E. LOESER<br>(No. 2:24-cv-01743-MLP) | Cotchett, Pitre & McCarthy, LLP<br>999 N. Northlake Way, Suite 215<br>Seattle, WA 98103<br>Telephone: (206) 802-1272 |

# NOTICE OF APPEARANCE OF COUNSEL

TO THE CLERK, ALL PARTIES, AND THEIR ATTORNEYS OF RECORDS:

PLEASE TAKE NOTICE that Thomas E. Loeser (tloeser@cpmlegal.com) of the law firm Cotchett Pitre & McCarthy, LLP, 999 N. Northlake Way, Suite 215, Seattle, WA 98103, for plaintiffs Brandon Drake and Eric Saavedra, hereby enters his appearance in this action.

Mr. Loeser's contact information is as follows:

COTCHETT, PITRE & MCCARTHY, LLP
Thomas E. Loeser, WSBA No. 38701
999 N. Northlake Way, Suite 215
Seattle, WA 98103
Tel: (206) 802-1272
Fax: (650) 697-0577
tloeser@cpmlegal.com

DATED this 30th day of October, 2024.

**COTCHETT, PITRE & MCCARTHY, LLP**

By:    */s/Thomas E. Loeser*
       Thomas E. Loeser

       *Counsel for Plaintiffs*

NOTICE OF APPEARANCE OF COUNSEL-THOMAS E. LOESER
(No. 2:24-cv-01743-MLP)

1

Cotchett, Pitre & McCarthy, LLP
999 N. Northlake Way, Suite 215
Seattle, WA 98103
Telephone: (206) 802-1272