AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Western District of Washington

| BRANDON DRAKE and ERIC SAAVEDRA | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:24-cv-01743-MLP |
| VALVE CORPORATION | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Brandon Drake and Eric Saavedra    .

Date:    10/31/2024

s/ David Ko
*Attorney's signature*

David Ko, WSBA #38299
*Printed name and bar number*
Keller Rohrback L.L.P.
1201 Third Avenue, Suite 3400
Seattle, WA 98101

*Address*

dko@kellerrohrback.com
*E-mail address*

(206) 623-1900
*Telephone number*

(206) 623-3384
*FAX number*