AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:24-cv-01743

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Valve Coproration__
was received by me on *(date)* __October 30th, 2024__ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* __Misa Olsen, as Assistant Secretary__, who is
designated by law to accept service of process on behalf of *(name of organization)* __Valve Coproration__
on *(date)* __November 1st, 2024__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ __10.00__ for travel and $ __65.00__ for services, for a total of $ __75.00__ .

I declare under penalty of perjury that this information is true.

Date: __November 1st, 2024__

*Server's signature*

David Adamov, Pierce County Process Server Reg#31298
*Printed name and title*

Premium Process LLC
1600 SW Dash Point Rd #b-83
Federal Way, WA 98023
*Server's address*

Additional information regarding attempted service, etc:
At the time of the service, subject confirmed her identity and took the documents into her hands willingly. She then was notified of the nature of documents being served.
Misa Olsen is an Assistant Secretary for Corpserve, Inc, a Registered Agent for Valve Corporation.
Served at: 11:35am
Location: 1001 4th Ave., Suite 4400, Seattle, WA 98154
Description of Person Served: 60yrs, female, Asian, approx 5'3" tall, about 135pnds, with grey hair.
ALSO SERVED: CIVIL COVER SHEET; COMPLAINT; NOTICE OF RELATED CASES