THE HONORABLE MICHELLE L. PETERSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRANDON DRAKE AND ERIC SAAVEDRA, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>VALVE CORPORATION,<br><br>　　　　　　　　Defendant. | No. 2:24-cv-01743-MLP<br><br>**NOTICE OF APPEARANCE FOR DEFENDANT VALVE CORPORATION**<br><br>*(Clerk's Action Required)* |

TO:　　　　Clerk of the Court;

AND TO:　　ALL COUNSEL OF RECORD.

PLEASE TAKE NOTICE that without waiving the right to any defenses, the undersigned herewith appear as attorneys for Defendant Valve Corporation and request that any and all further pleadings or notices of any nature whatsoever, except original process, be served upon the undersigned at the address below stated.

//

//

//

NOTICE OF APPEARANCE– Page 1
No. 2:24-cv-01743-MLP

**CORR CRONIN LLP**
1015 Second Avenue, 10th Floor
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

DATED this 5th day of November, 2024.

                                            CORR CRONIN LLP

                                            *s/ Blake Marks-Dias*
                                            Blake Marks-Dias, WSBA No. 28169
                                            1015 Second Avenue, Floor 10
                                            Seattle, WA 98104
                                            (206) 625-8600 Phone
                                            (206) 625-0900 Fax
                                            bmarksdias@corrcronin.com

                                            *Attorneys for Valve Corporation*

NOTICE OF APPEARANCE– Page 2
No. 2:24-cv-01743-MLP

CORR CRONIN LLP
1015 Second Avenue, 10th Floor
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900