UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRANDON DRAKE et al., <br><br> Plaintiff(s), <br><br> v. <br><br> VALVE CORPORATION, <br><br> Defendant(s). | CASE NO. 2:24−cv−01743−JNW <br><br> MINUTE ORDER REASSIGNING CASE |

This action has been assigned to the Honorable Jamal N Whitehead, United States District Judge. All future documents filed in this case must bear the cause number 2:24−cv−01743−JNW and bear the Judge's name in the upper right hand corner of the document.

DATED November 19, 2024

Ravi Subramanian
Clerk of Court

By: /s/ Tim Farrell
Deputy Clerk